UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **BRIDGET BECKFORD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:23-cv-00828 |
| | ) |
| **ELEVANCE HEALTH, INC.** | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT ELEVANCE HEALTH, INC.'S
AMENDED MOTION FOR SUMMARY JUDGMENT**

Defendant Elevance Health, Inc. ("Elevance"), by counsel, respectfully submits this Amended Motion for Summary Judgment in accordance with the Court's August 28, 2024, Order granting Elevance's Motion for Partial Judgment on the Pleadings. ECF# 84. For the reasons stated in the contemporaneously filed Memorandum in Support of Amended Motion for Summary Judgment, Elevance respectfully requests the Court grant its Motion, enter judgment in its favor, and grant any such further relief the Court deems just and proper.

Dated: August 30, 2024

        **ELEVANCE HEALTH, INC.**
        By: /s/ Andrew J. Henson
        Andrew J. Henson, VSB No. 95622
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        1001 Haxall Point
        Richmond, VA 23219
        Telephone: (804) 697-1200
        Facsimile: (804) 697-1339
        andrew.henson@troutman.com

        Ashley Z. Hager, Ga Bar No. 784505
        *Appearing Pro Hac Vice*
        TROUTMAN PEPPER HAMILTON SANDERS LLP
        600 Peachtree Street, NE, Suite 3000
        Atlanta, Georgia 30308
        Telephone: (404)885-3428
        Facsimile: (404)885-3900

ashley.hager@troutman.com
*Counsel for Defendant Elevance Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2024, a true and accurate copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

> Christopher E. Brown, Esq.
> THE BROWN FIRM PLLC
> 526 King Street, Suite 213
> Alexandria, VA 22314
> Telephone: (703) 924-0223
> Facsimile: (703) 997-2362
> cbrown@brownfirmpllc.com

*/s/ Andrew J. Henson*

301555434v1